UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARCUS ANTONIO HORTON,<br>　　　Plaintiff,<br><br>　　　v.<br><br>LT. C. MCLAURIN, et al.,<br>　　　Defendants. | Case No. 2:24-cv-105-CLM-NAD |

## MEMORANDUM OPINION

The magistrate judge has entered a report, recommending the court grant summary judgment for Defendants Lt. McLaurin, Captain Webster, Captain Carter, and Warden Gordy. (Doc. 21). The magistrate judge notified the parties of their right to file objections to the report and recommendation within 14 days. (*Id.*, pp. 12–13). But that time has expired without the court having received any objections.

Having reviewed and considered de novo all the material in the court file, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court will **GRANT** Defendants Lt. McLaurin, Captain Webster, Captain Carter, and Warden Gordy's motion for summary judgment (doc. 12) and dismiss Horton's claims against them.

The court will enter a separate final judgment that closes this case.

**Done** on February 10, 2025.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE